1  GREENBURG TRAURIG, LLP
   SCOTT G. LAWSON SBN: 174671
2  MATTHEW L. REAGAN SBN: 261832
   153 Townsend Street, 8th Floor
3  San Francisco, CA 94107
   Telephone: 415-655-1270
4  Facsimile:  415-520-0855

5  Attorneys for Defendant
   Gartner, Inc.
6
7
8
9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11
   APARNA SAIN, an individual,            CASE NO.: CV 11 4835 EDL
12
              Plaintiff,
13                                        **STIPULATION AND [PROPOSED]
        vs.                               ORDER BETWEEN THE PARTIES TO
14                                        ALLOW DEFENDANT'S LEAD
                                          COUNSEL TO APPEAR BY
15 GARTNER, INC., a Delaware Corporation, TELEPHONE AT CASE
                                          MANAGEMENT CONFERENCE**
16            Defendant.

17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT - 1        CASE NO.: CV 11 4835 EDL

Pursuant to Northern District Civil Local Rule 16-10, Plaintiff Aparna Sain ("Plaintiff") and Defendant Gartner, Inc., ("Defendant"), acting through their respective counsel, hereby stipulate that lead counsel for Defendant, Shipman & Goodwin LLP, shall be permitted to appear by telephone at the Case Management Conference scheduled to take place before this Court on Tuesday, January 10, 2012 at 10:00 a.m.  Telephonic attendance is necessary because Defendant's lead counsel is located in Stamford, Connecticut, and travel to the Court would create an undue burden from the time and expense involved.  A representative from Defendant's local counsel, Greenberg Traurig, will attend the conference in person.

Defendant is aware that requests to participate by telephone are required to be filed at least 7 days before the conference, and apologizes for any inconvenience presented by the delay. The delay was due to an oversight on counsel's part resulting from a busy holiday season.

**IT IS SO STIPULATED.**

Dated: January 9, 2012

By: _____/s/_____
Robin G. Frederick
Eric Lubochinski
SHIPMAN & GOODWIN, LLP

Scott G. Lawson
Matthew L. Reagan
GREENBURG TRAURIG, LLP

Attorneys for Defendant

Dated: January 9, 2012

By: _____/s/_____
Mark C. Thomas
Attorneys for Plaintiff

BROWNSTEIN THOMAS, LLP

## ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that lead counsel for Defendant Gartner, Inc., Shipman & Goodwin LLP, shall be permitted to appear by telephone at the Case Management Conference scheduled to take place before this Court on Tuesday, January 10, 2012 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: January 9, 2012

*Elijah D. Laporte*
The Honorable Elizabeth D. Laporte
Magistrate Judge of the United States District Court