GREENBURG TRAURIG, LLP
SCOTT G. LAWSON SBN: 174671
MATTHEW L. REAGAN SBN: 261832
153 Townsend Street, 8th Floor
San Francisco, CA 94107
Telephone: 415-655-1270
Facsimile: 415-520-0855

Attorneys for Defendant
Gartner, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APARNA SAIN, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GARTNER, INC., a Delaware Corporation,<br><br>　　　　Defendant. | CASE NO.: CV 11 4835 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER BETWEEN THE PARTIES TO ALLOW DEFENDANT'S LEAD COUNSEL TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE** |

STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT - 1    CASE NO.: CV 11 4835 EDL

1 | Pursuant to Northern District Civil Local Rule 16-10, Plaintiff Aparna Sain ("Plaintiff") and Defendant Gartner, Inc., ("Defendant"), acting through their respective counsel, hereby stipulate that lead counsel for Defendant, Shipman & Goodwin LLP, shall be permitted to appear by telephone at the Case Management Conference scheduled to take place before this Court on Tuesday, January 10, 2012 at 10:00 a.m.  Telephonic attendance is necessary because Defendant's lead counsel is located in Stamford, Connecticut, and travel to the Court would create an undue burden from the time and expense involved.  A representative from Defendant's local counsel, Greenberg Traurig, will attend the conference in person.

Defendant is aware that requests to participate by telephone are required to be filed at least 7 days before the conference, and apologizes for any inconvenience presented by the delay. The delay was due to an oversight on counsel's part resulting from a busy holiday season.

**IT IS SO STIPULATED.**


Dated: January 9, 2012

By:_____/s/_____
Robin G. Frederick
Eric Lubochinski
SHIPMAN & GOODWIN, LLP

Scott G. Lawson
Matthew L. Reagan
GREENBURG TRAURIG, LLP


Attorneys for Defendant

Dated: January 9, 2012

By:_____/s/_____
Mark C. Thomas
Attorneys for Plaintiff


BROWNSTEIN THOMAS, LLP

STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT - 2     CASE NO.: CV 11 4835 EDL

**ORDER**

Good cause appearing therefor, IT IS HEREBY ORDERED that lead counsel for Defendant Gartner, Inc., Shipman & Goodwin LLP, shall be permitted to appear by telephone at the Case Management Conference scheduled to take place before this Court on Tuesday, January 10, 2012 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: January 9, 2012

The Honorable Elizabeth D. Laporte
Magistrate Judge of the United States District Court