SHIPMAN & GOODWIN LLP
Robin G. Frederick  (*Pro Hac Vice*)
rfrederick@goodwin.com
Eric Lubochinski  (*Pro Hac Vice*)
elubochinski@goodwin.com
Michael G. Chase  (*Pro Hac Vice*)
mchase@goodwin.com
300 Atlantic Street
Stamford, CT 06901-3522
Telephone:     (203) 324-8100
Facsimile:     (203) 324-8199

GREENBERG TAURIG, LLP
SCOTT G. LAWSON SBN: 174671
4 Embarcadero Center
Suite 3000
San Francisco, CA 94111-5983
Telephone:     (415) 655-1300
Facsimile:     (415) 707-2010

Attorneys for Defendant
Gartner, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APARNA SAIN, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>GARTNER, INC., a Delaware Corporation,<br><br>  Defendant. | CASE NO.: CV 11 4835 EDL<br><br>**STIPULATION BETWEEN ALL PARTIES TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER AS MODIFIED** |

STIPULATION BETWEEN ALL PARTIES TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER - 1
CASE NO.: CV 11 4835 EDL

2442066v1

|   |   |
|---|---|
| 1 | Pursuant to Northern District Civil Local Rule 6-1(b), Plaintiff Aparna Sain ("Plaintiff") |
| 2 | and Defendant Gartner, Inc., ("Defendant"), who, together, constitute all of the parties to this |
| 3 | action (the "Parties"), acting through their respective counsel, hereby stipulate to a 90-day |
| 4 | extension of the Case Management and Pretrial Order deadlines that have not yet expired in this |
| 5 | matter. In support hereof, the Parties represent the following: |

1.  On December 21, 2011, the Parties filed a Stipulation and Order Selecting ADR Process (docket no. 14), in which they agreed to mediate with attorney Mark S. Rudy by June 29, 2012.

2.  On June 25, 2012, the Court issued a Case Management and Pretrial Order setting forth certain deadlines in this action (the "Case Management Order;" docket no. 28), including (a) all non-expert discovery must be completed by October 8, 2012; (b) all expert discovery must be completed by November 12, 2012; (c) the last day for hearing dispositive motions is November 27, 2012; and (d) jury trial will begin on March 4, 2013.

3.  Although the Parties pursued discovery diligently, they had not completed sufficient discovery by June 29, 2012 to make the most effective use of the mediation process.

4.  The Parties are now prepared to proceed with mediation, but the mediator, Mr. Rudy, is not available until November. Accordingly, in order to permit them sufficient time to engage in mediation and avoid unnecessary expenses for discovery and dispositive motions prior to mediation, the Parties wish to continue certain case deadlines.

5.  There has been no prior extension of any case management deadline in this matter.

Therefore, based on the foregoing, the Parties HEREBY STIPULATE that the Case Management Order be modified as follows:

    a.    All non-expert discovery shall be completed no later than January 7, 2013;

    b.    Initial expert disclosures shall be made no later than January 14, 2013;

    c.    Rebuttal expert disclosures shall be made no later than January 28, 2013;

    d.    All expert discovery shall be completed no later than February 11, 2013;

    e.    The last day for hearing dispositive motions shall be February ██, 2013;

26

14

1   f.   A pretrial conference shall be held on May ■■, 2013 at 2:00 pm; and

2   g.   Jury trial will begin on June 3, 2013, or as soon thereafter as is convenient
3        for the Court.

4   Dated: August 27, 2012

5                                     By:_____/s/_____
                                              Scott G. Lawson
6                                             GREENBERG TAURIG, LLP

7
                                              Robin G. Frederick
8                                             Eric Lubochinski
                                              (Appearing pro hac vice)
9                                             SHIPMAN & GOODWIN, LLP

10
                                              Attorneys for Defendant
11  Dated: August 27, 2012

12                                    By:_____/s/_____
                                              Mark C. Thomas
13                                            Attorneys for Plaintiff

14                                            BROWNSTEIN THOMAS, LLP

15

16

17  **PURSUANT TO STIPULATION, IT IS SO ORDERED** AS MODIFIED

18

19
    Dated: August 28, 2012        *[signature: Elizabeth D. Laporte]*
20                                    _____
                                          Elizabeth D. Laporte
21                                        United States Magistrate Judge

STIPULATION BETWEEN ALL PARTIES TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER - 3
CASE NO.: CV 11 4835 EDL

2442066v1